<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 98-2779**

_____

M. A. BRYANT; VIVIAN BRYANT,

                    Plaintiffs - Appellants,

      versus

SECRETARY, U.S. DEPARTMENT OF AGRICULTURE,

                    Defendant - Appellee.

_____

**No. 98-2782**

_____

M. A. BRYANT; VIVIAN BRYANT,

                    Plaintiffs - Appellants,

      versus

FARMERS HOME ADMINISTRATION,

                    Defendant - Appellee.

_____

Appeals from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.
(CA-97-23-A, CA-98-116-A, BK-85-789-RKA-11-7)

_____

Submitted:  April 30, 1999          Decided:  May 26, 1999

Before WIDENER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

M. A. Bryant, Vivian Bryant, Appellants Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

M.A. Bryant and Vivian Bryant appeal from the district court's orders granting summary judgment in favor of the Secretary of the Department of Agriculture on the Bryants' action in which they challenged the decision of the Farm Service Agency, the successor to the Farmers Home Administration,[*] denying their request for loan servicing (No. 98-2779), and dismissing their subsequent action on the basis of res judicata (No. 98-2782). We have reviewed the records and the district court's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Bryant v. Secretary, U.S. Dep't of Agriculture</u>, No. CA-97-23-A (W.D. Va. Oct. 13, 1998), and <u>Bryant v. Farmers Home Admin.</u>, No. CA-98-116-A (W.D. Va. Dec. 7, 1998). Because counsel for the Bryants has not entered an appearance in this court, we grant counsel's motion to withdraw from the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>See</u> Department of Agriculture Reorganization Act of 1994, § 226(b)(3), Pub. L. No. 103-354, 108 Stat. 3209, 3214 (1994).

3